NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ADRIAN VERNARD CRANEY,                )
                                      )
          Appellant,                  )
                                      )
v.                                    )          Case No. 2D17-2890
                                      )
STATE OF FLORIDA,                     )
                                      )
          Appellee.                   )
_____       )

Opinion filed May 23, 2018.

Appeal from the Circuit Court for
Hillsborough County; Thomas P. Barber,
Judge.

Howard L. Dimmig, II, Public Defender and
Timothy J. Ferreri, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


          Affirmed.


KELLY, MORRIS, and LUCAS, JJ., Concur.